Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_Thomas Anderson_
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_See Attached and Mr. + Mrs Mark Emero_
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

FILED IN CLERK'S OFFICE
2020 DEC -7 PM 2:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: _Thomas R. Anderson_
Street Address: _101 Mill St Apt 207_
City and County: _Dracut, MA. 01826_
State and Zip Code: _Middlesex County_
Telephone Number: _978 601-6389_
E-mail Address: _OTgmanufacturing@gmail_
Copy

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1 #111
  Name: Barbara Dube Property manager Linear Property management LLG.
  Job or Title (if known):
  Street Address: 150 Westford Rd, Suite 21
  City and County:
  State and Zip Code: Tyngsboro MA 01879
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2 #4
  Name: Mark Burrell Atorney at Law
  Job or Title (if known):
  Street Address: 282 Central St
  City and County: Acton MA 01720
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3 #1
  Name: Mr. Mark Emero
  Job or Title (if known): owner of 220 Smith ST unit 7 Lowell MA 01851
  Street Address: 56 Cordis St.
  City and County: Wakefield 01880
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4 #2
  Name: Mrs Mark Emero
  Job or Title (if known): owner of 220 Smith ST unit 7 Lowell MA 01851
  Street Address: residing at 56 Cordis St
  City and County: Wakefield 01880
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

#5 Gustavo A Delpuerto
Fenton Judicial Center

3. Mark Burrell Attorney at Law
   282 Central St Acton MA 01720
4. Judge Gustavo A. Delpuerto
   Fenton Judicial Center
   2 Appleton St,
   Lawrence MA.
5. Kevin Rhiney at
   Linear Property
   Management
6. Barbara Dube
   at Linear Property
   management
7. Linear Property
   management
   150 Westford Rd.
   Suite 21
   Tyngsboro, MA. 01879
8 Shaw Place Condo association

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *American with Disabilities Act Violations of Law Caused by multiple refusals to Install a Ten dollar Piece of wood as*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship** *a railing To Comply*

1. The Plaintiff(s) *with my most Reasonable request to install*

    a. If the plaintiff is an individual *railings on The right hand side as their*

    The plaintiff, *(name)* *is only a railing in the*, is a citizen of the

    State of *(name)* *Center of The Stairwell on my*

    *paralyzed Left side when exiting*

    b. If the plaintiff is a corporation *my Condos Building and*

    The plaintiff, *(name)* _____, is incorporated

    under the laws of the State of *(name)* *Left Side is Pretty useless*

    and has its principal place of business in the State of *(name)*

    _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* 1 *Mark Emero*       2 Mrs. Mark Emero, is a citizen of

    the State of *(name)* *Massachusetts*. Or is a citizen of

    *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

     b.    If the defendant is a corporation

         The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

         Or is incorporated under the laws of *(foreign nation)* _____,

         and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

30,000 in Trinity ambulance bills 200,000$ in medical Bills 30 Thousand Lifeflight To Boston Tufts hospitals/ damages include The STaTe Complaint for $250,000.00 I Lost due To my Subdural hemorages + Craniotomy caused because of multiple Subdural Hemorages I recieved when falling down The Stairs because of no failings

Page 4 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-4-20

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Thomas Robert, Anderson.

### B. For Attorneys

Date of signing:

Signature of Attorney: Witness;
Printed Name of Attorney ~~Attorney~~ / Witness:
Bar Number
~~Name of Law Firm~~ Pro: Se;
Street Address
State and Zip Code
Telephone Number
E-mail Address