# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

THOMAS R. ANDERSON

Plaintiff

v.

BARBARA DUBE
et al.,

Defendants.

CIVIL ACTION NO.

20-12183-PBS

## ORDER OF DISMISSAL

### SARIS, J.

In accordance with the Court's Order dated July 23, 2021, it is hereby

ORDERED that the above-entitled action be and hereby is dismissed

without prejudice.

By the Court,

July 23, 2021

/s/ Daniel C. Hohler

Date

Deputy Clerk